# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 1, 2013

146282

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

_____

In re LUCAS BORLAND CHADDAH.
_____

PEOPLE OF THE STATE OF MICHIGAN,
        Petitioner-Appellee,

and

TERRY L. ELLISON,
        Appellant,

v

LUCAS BORLAND CHADDAH,
        Respondent-Appellee.

SC: 146282
COA: 306978
Saginaw CC Family Division:
      11-033111-DL

_____/

      On order of the Court, the application for leave to appeal the October 23, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 1, 2013

_____
Clerk

h0325